## Osterling, Appellant, v. Third United Presbyterian Congregation.

*Appeals—New trial—Granting new trial—Discretion of lower court.*

An order granting a new trial on the ground that the verdict was against the weight of the evidence, is a matter which rests within the sound discretion of the court below, and will not be reversed except for abuse.

Argued October 14, 1920. Appeal, No. 141, Oct. T., 1920, by plaintiff, from order of C. P. Allegheny Co., April T., 1912, No. 2724, granting new trial, in case of F. J. Osterling v. Third United Presbyterian Congregation of Pittsburgh. Before BROWN, C. J., MOSCHZISKER, WALLING and SIMPSON, JJ. Affirmed.

Assumpsit for compensation for services as architect. Before STONE, J.

At the trial the jury returned a verdict for plaintiff for $8,520.

Defendant moved for a new trial on the ground that the verdict was against the weight of the evidence. The court ordered a new trial. Plaintiff appealed.

*Error assigned* was order, quoting record.

*Joseph F. Mayhugh,* for appellant.

*William S. Woods* and *William A. Wilson,* for appellee, were not heard.

PER CURIAM, December 31, 1920:

This appeal is from the granting of a new trial on the ground that the verdict for the plaintiff was against the weight of the evidence. The award of a new trial rested

in the sound discretion of the court below, which certainly was not abused.

Appeal dismissed.